# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-20594 |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC | : | CHAPTER 7 |
| -------------------------------------------------- | : | ADV. PRO. NO. |
| THOMAS C. BOSCARINO, TRUSTEE | : | |
| Plaintiff, | : | |
| v. | : | |
| FUNCTIONAL PATHWAYS OF TENNESSEE, LLC | : | |
| Defendant | : | |

## COMPLAINT TO AVOID PREFERENTIAL TRANSFER UNDER 11 U.S.C. SECTION 547(b)

**COUNT ONE:**

The Complaint of Thomas C. Boscarino, Trustee, respectfully alleges:

1. Thomas C. Boscarino is the duly qualified and acting trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A) and (F). Venue properly lies in this district pursuant to 28 U.S.C. Section 1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United States Code, which case is still pending.

3. The Debtor filed its Voluntary Petition in bankruptcy in this case on April 3, 2008.

4. The Defendant, Functional Pathways of Tennessee, LLC., (hereafter referred to as "Functional Pathways") is a Tennessee limited liability company doing business in Connecticut with an office and place of business located at 614 Mabry Hood Road, Suite

   301, Knoxville, TN 37932.

5. According to the Debtor's records, within ninety (90) days of the filing of the petition in this case, the Debtor herein transferred the sum of $204,194.99 to or for the benefit of the Defendant, Functional Pathways, on account of an antecedent debt.

6. The Defendant, Functional Pathways, was a creditor of the Debtor.

7. The Debtor, upon information and belief, made this transfer to the Defendant while it was insolvent.

8. The transfer will enable the Defendant, Functional Pathways, to recover more than it would receive as a creditor if: (a) the bankruptcy case were a case under Chapter 7 of title 11, United States Code; (b) the transfer had not been made; and (c) the Defendant received payment of its debt to the extent provided by the provisions of said title 11.

9. On March 2, 2010 the Trustee made demand upon the Defendant, Functional Pathways, for the immediate payment of the sum of $204,194.99 which demand for payment the Defendant, Functional Pathways, has failed and refused to make.

  WHEREFORE, the Plaintiff prays that this Court make its order avoiding the aforesaid preferential transfer and ordering the Defendant to pay over to the Plaintiff the sum of $204,194.99, plus costs incurred herein, plus interest from March 2, 2010, and for such other relief as the Court deems just and proper.

Dated at Glastonbury, Connecticut on March 29, 2010

                THOMAS C. BOSCARINO, TRUSTEE

BY   /s/John H. Grasso
_____

     John H. Grasso
     Boscarino, Grasso & Twachtman, LLP
     628 Hebron Ave., Bldg. #2, Suite 301
     Glastonbury, CT 06033
     Tel. No.: (860) 659-5657
     Federal Bar No.: ct05466