# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594 |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02027 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
|    Plaintiff, | ) | |
|       v. | ) | April 4, 2011 |
| FUNCTIONAL PATHWAYS OF TENNESSEE, LLC | ) | |
|    Defendant | ) | |

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor filed a petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on January 7, 2009.

3. During the course of the Trustee's administration of this corporate Chapter 7 bankruptcy proceeding, the Trustee has reviewed certain financial records which disclose significant payments to creditors during the ninety (90) day period immediately preceding the filing of the Debtor's Chapter 7 case, which payments may constitute avoidable and recoverable preference payments pursuant to the applicable provisions of the United States Bankruptcy Code.

4. The Trustee, during the course of his examination of the books and records of the Debtor, determined that Functional Pathways of Tennessee, LLC was the recipient of the aggregate amount of Two Hundred Four Thousand One Hundred Ninety Four and 99/100 ($204,194.99) Dollars during the ninety (90) day period immediately preceding the filing of the Debtor's bankruptcy case. By letter dated March 2, 2010 the Trustee made demand upon the President of Functional Pathways of Tennessee, LLC., for a turnover and recovery of such payments for the general benefit of unsecured creditors of the bankruptcy proceeding.

5. Movant has been offered the sum of Forty Seven Thousand and 00/100 ($47,000.00) Dollars in full satisfaction and settlement of the Trustee's claims relative to these payments. Half of said payment in the amount of Twenty Three Thousand Five Hundred and 00/100 ($23,500.00) shall be made in good and sufficient bank funds within twenty (20) calendar days of the entry of the Order approving this compromise and the other half of said payment in the amount of Twenty Three Thousand Five Hundred and 00/100 ($23,500.00) shall be due on February 1, 2012.

6. **ANY RELEASE OR DISCHARGE CONSEQUENT TO THE COMPROMISE OF CLAIM SHALL HAVE NO FORCE AND EFFECT UNLESS AND UNTIL THE ENTIRE SUM OF $47,000.00 IS PAID TO THE TRUSTEE IN GOOD AND SUFFICIENT BANK FUNDS. TIME IS OF THE ESSENCE**.

7. The Creditor has raised defenses to the claim of the Trustee and disputes all claims made by the Trustee. The Creditor has raised defenses such as ordinary course payments and subsequent new value to the claims of the Trustee.

8. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

9. The settlement amount offered would be an in full cash payment.

10. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 4th day of April, 2011.

Respectfully Submitted

/s/ John H. Grasso
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct03651

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-20594 |
| MARATHON HEALTHCARE CENTER OF NORWALK, LLC | ) | CHAPTER 7 |
| ---------------------------------- | ) | ADV. PRO. NO. 10-02027 |
| THOMAS C. BOSCARINO, TRUSTEE | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FUNCTIONAL PATHWAYS OF TENNESSEE, LLC | ) | |
| Defendant | ) | |

### ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by Thomas C. Boscarino, Trustee, dated April 4, 2011, it is hereby:

ORDERED: That the estate may compromise the estate's claims against Functional Pathways of Tennessee, LLC., as specified in the Trustee's Motion to Approve Compromise for the lump sum payment of Forty Seven Thousand and 00/100 ($47,000.00) Dollars and upon the further terms and conditions set forth in such Motion.

Dated at Hartford, Connecticut this _____ day of _____, 2011.

_____
Albert S. Dabrowski

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20594(asd)** |
| **MARATHON HEALTHCARE CENTER OF NORWALK, LLC** | ) | **CHAPTER 7** |
| ----------------------------------- | ) | **ADV. PRO. NO. 10-02027** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
|    Plaintiff, | ) | |
|       v. | ) | |
| **FUNCTIONAL PATHWAYS OF TENNESSEE, LLC** | ) | April 4, 2011 |
|    Defendant | ) | |

## CERTIFICATION

On this 4th day of April, 2011 the Trustee's Motion to Approve Compromise and Settlement of Claim.

Notice of this filing will be sent electronically to the following parties who will receive notice through the Court's CM/ECF:

Henry P. Baer at Hbaer@fdh.com
Tony Miodonka at tmiodonka@fdh.com
John E. Winters at jwinters@kramer-rayson.com
Office of the U.S. Trustee at USTPRegion02.NH.ECF@USDOJ.GOV

Dated at Glastonbury, Connecticut on April 4, 2011.

        /s/ John H. Grasso
       John H. Grasso
       Boscarino, Grasso & Twachtman, LLP
       628 Hebron Ave., Building Three
       Glastonbury, CT 06033
       (860) 659-5657 Telephone
       Federal Bar No.: ct03651

Case 10-02027    Doc 52    Filed 04/04/11    Entered 04/04/11 09:09:51    Desc Main
              Document      Page 5 of 5